**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | TRI-STATE ENTERPRISES, LLC | CHAPTER 11 |
| | Debtor | CASE NO. 19-10292-JDW |

### ORDER

THIS CAUSE having come on for consideration of the Debtor's *Motion to Continue Hearing* (the "Motion") **[DK #394]**, and the Court having considered the Motion, is of the opinion that the Motion is well-taken and should be granted.

ORDERED that the Motion is granted, and the hearing on the Debtor's *Motion to Clarify and/or Alter First Amended Plan of Reorganization* (the "Motion to Clarify") **[DK #392]** currently set for February 22, 2023, is hereby continued to **March 24, 2023, commencing at 10:30 a.m.** The hearing will be held in-person at the Oxford Federal Building, 911 Jackson Avenue, Oxford, MS 38655. It is, further,

ORDERED that the Clerk's Office shall issue a new hearing notice consistent with this Order.

# # END OF ORDER # #

SUBMITTED BY:

Craig M. Geno, Esq. - MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
(601) 427-0048 - Telephone
(601) 427-0050 - Facsimile
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Tri-State Enterprises, LLC\Pleadings\Order - Mot to Continue Hrg on Mot to Clarify, Alter Plan 1-12-23.wpd